**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Nationstar Mortgage LLC, Respondent,

v.

Carmen D. Sheppard a/k/a Carmen Sheppard, a/k/a
Carmen Dillard Sheppard, Alan J. Sheppard a/k/a Alan
Sheppard, TD Bank, National Association, LVNV
Funding LLC, and Darrell Creek Plantation
Homeowners' Association, Inc., Defendants,

Of whom Carmen D. Sheppard and Alan J. Sheppard are
the Appellants.

Appellate Case No. 2013-002807

Appeal From Charleston County
Mikell R. Scarborough, Master-in-Equity

Unpublished Opinion No. 2016-UP-155
Submitted January 1, 2016 – Filed March 30, 2016

**AFFIRMED**

William Scotty Sheriff, of Sheriff Law Firm, of
Charleston; and John Clifford Johnston, of Johnston &
Farmer, LLC, of Mount Pleasant, for Appellants.

Robert A. Muckenfuss and Trent M. Grissom, both of McGuireWoods LLP, of Charlotte; and Dean Anthony Hayes, of Holler, Garner, Corbett, Ormond, Plante & Dunn, of Columbia, for Respondent.

---

**PER CURIAM:**  Carmen and Alan Sheppard appeal the master-in-equity's order of foreclosure and sale.  We affirm.[1]

1.  We find the issue involving the writ of mandamus not properly before this court.  *See* Rule 201(a), SCACR ("Appeal may be taken, as provided by law, from any final judgment, appealable order or decision."); Rule 203(a), SCACR ("A party intending to appeal must serve and file a notice of appeal and otherwise comply with these Rules.").

2.  We find all remaining issues not preserved.  *See S.C. Dep't of Transp. v. M & T Enters. of Mt. Pleasant, LLC*, 379 S.C. 645, 658-59, 667 S.E.2d 7, 14-15 (Ct. App. 2008) (providing an issue must be both raised to and ruled upon by the master in order to be preserved for appellate review); *Degenhart v. Knights of Columbus*, 309 S.C. 114, 118, 420 S.E.2d 495, 497 (1992) ("An issue on which the master-in-equity never ruled and which was not raised in post-trial motions is not properly before this [c]ourt.").

**AFFIRMED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.